UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM GAVLICK, | Case No.: 5:13-cv-02814-PSG |
| Plaintiff, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| NMTC, INC., ET AL, | |
| Defendants. | |

Defendants have represented to the court that the parties have agreed to settle this case.[1] Accordingly, IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than December 16, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, December 17, 2013, at 10:00 a.m. to show cause why the case should not be dismissed.

---

[1] *See* Docket No. 34 (indicating that the parties had settled).

1

Case No.: 5:13-cv-02814-PSG
ORDER

**IT IS SO ORDERED.**

Dated: October 17, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 5:13-cv-02814-PSG
ORDER